IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | **CIVIL ACTION NO. _____** |
| **OPPORTUNITY COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BMW MANUFACTURING CO., LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**PLAINTIFF'S RESPONSES TO STANDARD INTERROGATORIES
AND STANDARD DIRECTIVES TO PRODUCE
IN COMPLIANCE WITH LOCAL CIVIL RULE 26.01**

Plaintiff, the U.S. Equal Employment Opportunity Commission ("EEOC"), files the following responses to standard interrogatories and directives to produce in compliance with Rule 26.01 of the Local Civil Rules of Practice for the United States District Court for the District of South Carolina.

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE

None.

B. As to each claim, state whether it should be tried jury or nonjury and why.

RESPONSE

Nonjury. The EEOC's claim arises under Title VII of the Civil Rights Act of 1964 under a disparate impact theory of liability. Because only a disparate impact theory is pursued, there is no right to a jury trial in this case.

C.  State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company of which the party owns ten percent or more of the outstanding shares.

RESPONSE

Plaintiff is not a publicly owned company.

D.  State the basis for asserting your claim in the division in which it is filed.

RESPONSE

A substantial part of the events or omissions giving rise to the claims alleged in this suit occurred within the County of Spartanburg, South Carolina.

E.  Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reasons would entail substantial duplication of labor if heard by different judges.

RESPONSE

This action is not related in whole or part to any other matter filed in this District.

DATED this the 11th day of June, 2013.

Respectfully submitted,

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

131 M Street, N.E.
Washington, D.C.  20507

LYNETTE A. BARNES
Regional Attorney

TINA BURNSIDE
Supervisory Trial Attorney

 s/ NICHOLAS WALTER
NICHOLAS WALTER
Trial Attorney (Fed. Bar No. 9975)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, North Carolina 28202
Telephone: 704.954.6472
Facsimile: 704.954.6412
E:mail: Nicholas.Walter@eeoc.gov

ATTORNEYS FOR PLAINTIFF