IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION
Civil Action No.: 7:13-CV-01583-HMH-JDA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

    v.

BMW MANUFACTURING CO., LLC,

        Defendant.

**NOTICE OF WITHDRAWAL OF DEFENDANT BMW MANUFACTURING CO., LLC'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND COMPLIANCE WITH ORDER COMPELLING PRODUCTION [*Dkt. 108*]**

Pursuant to Rules 34 and 37 of the Federal Rules of Civil Procedure, Defendant BMW Manufacturing Co., LLC ("BMW MC") moved the Court [*Dkt. 108*] to compel Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") to produce responsive, unredacted portions of documents relating to its Request for Production 33 as set forth in BMW MC's First Set of Interrogatories and Requests for Production of Documents and the Order of the District Court compelling production [*Dkt. 77*]. Since the filing of the motion, the EEOC has produced an unredacted copy of the document covered by the motion and has confirmed that it has no other documents responsive to BMW MC's Request for Production 33 in its possession, custody or control. Accordingly, the motion to compel [Dkt. 108] is hereby withdrawn.

This 31st day of March, 2015.

**s/ Benjamin A. Johnson**
BENJAMIN A. JOHNSON (Fed. Id. #2186)
ROBINSON BRADSHAW & HINSON P.A.
140 East Main Street, Suite 420
Rock Hill, SC 29730
Telephone: 803.325.2900
Fax:          803.325.2929
Email:       bjohnson@rbh.com

CHARLES E. JOHNSON (NC Bar #9190)
(Admitted *Pro Hac Vice*)
Email:       cejohnson@rbh.com

BRIAN L. CHURCH (Fed. Id. #11074)
Email:       bchurch@rbh.com
ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: 704.377.2536
Fax:          704.378.4000

Attorneys for Defendant
BMW Manufacturing Co., LLC

2