IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 7:13-CV-01583-HMH-JDA |
| v. | ) ) | |
| BMW MANUFACTURING CO., LLC, | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFF EEOC'S SECOND MOTION FOR A PROTECTIVE ORDER

Plaintiff United States Equal Employment Opportunity Commission (the "EEOC") files this second motion for a protective order pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure.  In support of this motion, the EEOC shows unto the Court the following:

1.      On March 30, 2015, Defendant BMW Manufacturing Co., LLC ("Defendant") took the Rule 30(b)(6) deposition of the EEOC.  During the Rule 30(b)(6) deposition, the EEOC objected to a number of Defendant's questions on the grounds that they sought information that was protected by the deliberative process privilege and the attorney work product doctrine.

2.      The parties discussed the EEOC's objections pursuant to Local Rule 7.02 on April 2, 2015 and at that time agreed that the deadline for the EEOC's second motion for a protective order would be April 16, 2015.  The parties again conferred on April 7, 2015 and April 15, 2015. The EEOC is filing the instant motion seeking a protective order with respect to seven questions that seek information subject to the governmental deliberative process privilege and thirteen questions that seek information subject to the attorney work product doctrine.

3.      The EEOC is submitting a memorandum of law with exhibits in support of its motion for a protective order.   Several of the exhibits to the EEOC's memorandum are the subject of a motion to seal that is being filed contemporaneously herewith

Respectfully submitted, this the 15th day of April, 2015.

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

LYNETTE A. BARNES
Regional Attorney
YLDA MARISOL KOPKA
(Illinois Bar No. 6286627)
(Admitted *Pro Hac Vice*)
Supervisory Trial Attorney
Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC  28202
Tel:  (704) 954-6472
Fax:  (704) 954-6412
Email:  ylda.kopka@eeoc.gov

ERIC S. THOMPSON (Ohio Bar No.71596)
(Admitted *Pro Hac Vice*)
Trial Attorney, Baltimore Field Office
10 S. Howard Street, 3rd Floor
Baltimore, MD 21201
Tel. 410-209-2232
Fax 410-962-4270
Email: eric.thompson@eeoc.gov

SUZANNE L. NYFELER
(Virginia State Bar No. 40450)
(Admitted *Pro Hac Vice)*
Senior Trial Attorney, Richmond Local Office
400 North 8th Street, Suite 350
Richmond, VA 23219
Tel:  (804) 771-2215
Fax:  (804) 771-2222
Email:  suzanne.nyfeler@eeoc.gov

KATHERINE A. ZIMMERMAN
(NC State Bar No. 36393)
(Admitted *Pro Hac Vice)*

2

Trial Attorney, Raleigh Area Office
434 Fayetteville Street, Suite 700
Raleigh, NC 27601
Tel:  (919) 856-4148
Fax:  (919) 856-4145
Email:  katherine.zimmerman@eeoc.gov

**/s/ Rachael S. Steenbergh**
RACHAEL S. STEENBERGH
(Federal Bar No. 10867)
Trial Attorney, Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC  28202
Tel:  (704) 954-6472
Fax:  (704) 954-6412
Email:  rachael.steenbergh@eeoc.gov

**ATTORNEYS FOR PLAINTIFF**